UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARON ROSE WALKER,

  Plaintiff,

                                            CASE NO.: 1:24-cv-00391

v.

EQUIFAX INFORMATION SERVICES LLC,
and COMENITY CAPITAL BANK,

    Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, SHARON ROSE WALKER by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 20th of February, 2024.

1

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esq.
Florida Bar#: 0338620
Georgia Bar #: 617963
Pennsylvania Bar #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Primary Email: Tav@theconsumerlawyers.com
Secondary Email: Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 20th of February, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez
Georgia Bar No. 617963
*Attorney for Plaintiff*